UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DTE METHANE RESOURCES, LLC, a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEELHEAD DEVELOPMENT COMPANY, a Delaware Corporation, WILLIAMSON ENERGY, LLC, a Delaware Limited Liability Company, MACH MINING, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 05-cv-4188-JPG |

## MEMORANDUM AND ORDER

After reviewing the answers filed by defendants Steelhead Development Company ("Steelhead") and Mach Mining, LLC ("Mach"), the Court notes that Steelhead and Mach have violated Federal Rule of Civil Procedure 7.1, which requires a non-governmental corporate party to submit a corporate disclosure statement at the time of its first appearance, pleading, petition, motion, response or other request addressed to the Court. The Court hereby **ORDERS** Steelhead and Mach to file on or before November 4, 2005, the appropriate corporate disclosure statements. Failure to comply with this order may result in the striking of the non-responding party's answer pursuant to the Court's inherent authority.

**IT IS SO ORDERED.**
**DATED: October 21, 2005**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**